This order is SIGNED.

Dated: December 19, 2023



JOEL T. MARKER
U.S. Bankruptcy Judge



---

Lon A. Jenkins (4060)
Tami Gadd (12517)
MaryAnn Bride (13146)
Katherine T. Kang (14457)
OFFICE OF THE CHAPTER 13 TRUSTEE
465 South 400 East, Suite 200
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

| IN RE:<br>ALBERTO ALMELO CONCEPCION<br><br><br>Debtor | CASE NO: 21-23975<br><br>Chapter 13<br><br>Hon. JOEL T. MARKER |
|---|---|

### ORDER OF DISMISSAL PURSUANT TO TRUSTEE'S DECLARATION OF NON-COMPLIANCE WITH ORDER GRANTING DEBTOR'S OBJECTION TO THE TRUSTEE'S MOTION TO DISMISS, MOTION TO ABATE AND REQUEST FOR ATTORNEY FEES

Based upon the Trustee's Declaration of Non-Compliance and it appearing that the Debtor has failed to comply with a previous Order of this Court entered on April 11, 2023, the Court hereby

ORDERS that the above captioned case be and hereby is dismissed; and,

FURTHER ORDERS that the Trustee be and hereby is directed to disburse all remaining funds in this case as of the entry date of this order according to the terms of the Confirmation Order.

### CERTIFICATE OF MAILING

The undersigned hereby certifies that true and correct copy of the foregoing Order of Dismissal was served upon all persons entitled to receive notice in this case via ECF notification or by U.S. Mail to the following parties on December 19, 2023:

**ALBERTO ALMELO CONCEPCION**, 6227 N 69TH DR ,GLENDALE, AZ  85303-5303

**ANDREW T. CURTIS**,  ECF Notification

/s/ Jaci Coyle

## DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing Order shall be to all parties and in the manner designated below:

By Electronic Service: I certify that the parties of record in this case as identified below are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

Lon A. Jenkins, Chapter 13 Trustee, ECF Notification

ANDREW T. CURTIS, ECF Notification

By U.S. Mail: In addition to the parties of record receiving notice through the CM/ECF System, the following parties should be served notice pursunat to FRCP 5(b):

ALBERTO ALMELO CONCEPCION, 6227 N 69TH DR ,GLENDALE, AZ  85303-5303

Creditor Mailing Matrix